

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| CHRIS GAGLIASTRE, ZACHARY TARRY, and OLGA ZAYNEEVA, *on behalf of themselves and those similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CAPT. GEORGE'S SEAFOOD RESTAURANTS, LP, *et al.* <br><br> *Defendants*. | Civil Action No. 2:17cv379 |
| DESERA SMITH, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> CAPT. GEORGE'S OF SOUTH CAROLINA, LP, *et al.* <br><br> *Defendants*. | Civil Action No. 2:19cv153 |

## CONSENT ORDER OF CONSOLIDATION

**THIS DAY CAME** the parties to the above-styled actions, upon their motion for entry of an order consolidating the actions; and

**IT APPEARING TO THE COURT,** upon the representation of counsel, that the parties have reached a global settlement agreement disposing of both of the actions sought to be consolidated, and that judicial economy will be served by consolidating Civil Action No. 2:19-cv-153 into Civil Action No. 2:17-cv-379, thereby permitting the consideration of approval of and

administration of the proposed settlement in a single action, it is hereby **ORDERED** that these actions be, and hereby are, **CONSOLIDATED** for all purposes.

ENTER: 6/7/19

/s/

Raymond A. Jackson
United States District Judge

**WE ASK FOR THIS:**

/s/ Joshua Jewett
Joshua Jewett
Virginia State Bar No. 76884
Attorney for Plaintiffs
PIERCE / MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226 ext. 711
Fax: (757) 257-0387
E-mail: jjewett@piercemccoy.com

**WE ASK FOR THIS:**

/s/ Christopher A. Abel
Christopher A. Abel (VSB No. 31821)
Counsel for Defendants
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Fax: (757) 628-5566
E-mail: cabel@wilsav.com